No. D–1658. IN RE DISBARMENT OF BRUCKNER. Disbarment entered. [For earlier order herein, see 516 U. S. 1169.]

No. D–1661. IN RE DISBARMENT OF REEVES. Disbarment entered. [For earlier order herein, see 516 U. S. 1170.]

No. D–1681. IN RE DISBARMENT OF BIEDERMAN. David Arnold Biederman, of Clifton, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–60. MORGAN v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 84, Orig. UNITED STATES v. ALASKA. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, not to exceed 75 pages, may be filed within 75 days. Replies, if any, not to exceed 75 pages, may be filed within 60 days after receipt of the other party's exceptions. Surreply briefs, if any, not to exceed 30 pages, may be filed within 30 days after receipt of the other party's reply. [For earlier order herein, see, e. g., 474 U. S. 1044.]

No. 95–8730. IN RE GREENE;
No. 95–8754. IN RE RANDALL; and
No. 95–8804. IN RE CAYTON. Petitions for writs of habeas corpus denied.

No. 95–8479. IN RE TUCKER. Petition for writ of mandamus denied.

No. 95–8625. IN RE CROWDER. Petition for writ of mandamus and/or prohibition denied.

No. 95–1425. ABRAMS ET AL. v. JOHNSON ET AL.; and
No. 95–1460. UNITED STATES v. JOHNSON ET AL. Appeals from D. C. S. D. Ga. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 922 F. Supp. 1556.

No. 95–946. BALDASSARO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.